# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Milan Dusik, on behalf of himself and other similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Holsum Bakery, Inc.; and John Does # 1-10,<br><br>　　　　Defendants. | No. CV-12-00648-PHX-NVW<br><br>**ORDER** |

Before the Court is the parties' Joint Motion and Stipulation for Supplemental Notice to Class Members and Extension for Filing Joint Motion for Final Approval of Class and Collective Action Settlement (Doc. 42). Having been fully considered, and for good cause shown,

**IT IS HEREBY ORDERED** granting the parties' Joint Motion and Stipulation for Supplemental Notice to Class Members and Extension for Filing Joint Motion for Final Approval of Class and Collective Action Settlement (Doc. 42). The parties are hereby directed to send the Supplemental Notice attached to the parties' Motion as Exhibit A to Class Members within one (1) business day of the issuance of this Order.

**IT IS FURTHER ORDERED** that the deadline for any written objections to the Settlement by Class Members is extended through and including July 22, 2013.

1  **IT IS FURTHER ORDERED** that the parties' deadline for filing their Joint Motion for Final Approval of Class and Collective Action Settlement is extended through and including July 15, 2013.

Dated this 12th day of July, 2013.

_____
Neil V. Wake
United States District Judge

2